1  DAYLE ELIESON
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
   Nevada State Bar Number 10233
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  (702) 388-6503 / Fax: (702) 388-6418
   phillip.smith@usdoj.gov
5
   Attorney for the Plaintiff
6
7
8
                UNITED STATES DISTRICT COURT
9
                     DISTRICT OF NEVADA
10                          -oOo-

11 UNITED STATES OF AMERICA,        )
                                    )  Case No.: 2:18-cr-008-APG-NJK
12              Plaintiff,          )
                                    )  ORDER GRANTING UNITED
13      vs.                         )  STATES' MOTION TO
                                    )  UNSEAL
14 ROOSEVELT JONES,                 )
                                    )
15              Defendant.          )  (Docket No. 15)
                                    )
16

17      Based on the Motion of the Government, and good cause appearing therefore, IT IS

18 HEREBY ORDERED that the United States' motion to unseal, Docket No. 15, is

19 GRANTED.  The Indictment, along with all subsequent and further proceedings, shall

20 be unsealed.

21 IT IS SO ORDERED.

22 DATED:  January 23, 2018

23

24      _____
        NANCY J. KOPPE
        UNITED STATES MAGISTRATE JUDGE