UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:18-cr-00008-APG-NJK |
| vs. | ) | |
| ROOSEVELT JONES, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence and Statements. Docket No. 27. The Court hereby SETS oral argument on this motion for April 18, 2018, at 10:00 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 9, 2018.

NANCY J. KOPPE
United States Magistrate Judge