# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00008-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 43) |
| ROOSEVELT JONES, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 43. The Court hereby sets the motion for a hearing on June 13, 2018, at 1:00 p.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

Dated: June 1, 2018

NANCY J. KOPPE
United States Magistrate Judge