1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
ERIN GETTEL
3 Assistant Federal Public Defender
Nevada State Bar No. 13877
4 411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
5 (702) 388-6577/Phone
(702) 388-6261/Fax
6 Erin_gettel@fd.org

7 Attorney for Roosevelt Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT JONES,<br><br>Defendant. | Case No. 2:18-cr-008-APG-NJK<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 40] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO 27]**<br>(First Request) |

**ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Roosevelt Jones, that the Objection deadline to the Report and Recommendation (ECF No. 40) to Defendant's Motion to Suppress (ECF No. 27) currently set for June 8, 2018, be vacated and continued and reset to June 15, 2018.

The Stipulation is entered into for the following reasons:

1. Mr. Jones filed a pro se motion to dismiss counsel that is currently set for hearing on June 13, 2018. This stipulation will allow the court to rule on Mr. Jones's motion for new counsel.

2. Additional time is needed to prepare the objections.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defense sufficient time to review the evidentiary hearing transcript and prepare written objections to the Report and Recommendation.

This is the first stipulation to continue filed herein.

DATED this 4th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROOSEVELT JONES,<br><br>　　　　Defendant. | Case No. 2:18-cr-008-APG-NJK<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on June 8, 2018, be continued to June 15, 2018.

　　　Dated: June 4, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE