MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada  89101
(702) 385-9777;  Fax No.(702) 385-3001
 Attorney for Defendant Roosevelt Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | 2:18-cr-00008-APG-NJK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 40] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO. 27]** |
| ROOSEVELT JONES, | ) | |
| Defendant. | ) | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Mace J. Yampolsky, Esq., counsel for Defendant Roosevelt Jones, that the Objection deadline to the Report and Recommendation (ECF No. 40) to Defendant's Motion to Suppress (ECF No. 27) which were due on June 15, 2018, be vacated and continued and reset to July 16, 2018. The Stipulation is entered into for the following reasons:

1. Mr. Jones filed a pro se motion to dismiss counsel which was granted.
2. Mace J. Yampolsky, Esq. was formally appointed to represent Mr. Jones on June 15, 2018.
3. Additional time is needed to prepare the objections.
4. The parties agree to the continuance.
5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defense sufficient time to review the evidentiary hearing

1

transcript and prepare written objections to the Report and Recommendation. This is the second stipulation to continue filed herein.

DATED this 18th day of June, 2018.

| /s/ Brandon Jaroch | /s/ Mace J. Yampolsky |
|---|---|
| Brandon Jaroch | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Jones. |
| Counsel for Plaintiff | |

```
1                    UNITED STATES DISTRICT COURT
2                         DISTRICT OF NEVADA
3                                ***
4   UNITED STATES OF AMERICA,        )    2:18-cr-00008-APG-NJK
                                     )
5                Plaintiff,          )
                                     )
6   vs.                              )
                                     )    **ORDER**
7   ROOSEVELT JONES,                 )
                                     )
8                Defendant.          )
                                     )
```

ORDER IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation which were due on June 15, 2018, be continued to July 16, 2018.

Dated: June 18, 2018.

_____
UNITED STATES DISTRICT JUDGE