# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-008-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE OBJECTION DEADLINE** |
| ROOSEVELT JONES, | (ECF No. 53) |
| Defendant. | |

The parties have filed a stipulation (ECF No. 53) to extend the deadline for defendant Roosevelt Jones to object to the Report and Recommendation regarding his motion to suppress. However, the new proposed deadline (August 30, 2018) is 17 days after the date the trial is scheduled to begin (August 13). *See* ECF Nos. 39, 52. Therefore, I cannot grant the stipulation. The parties may submit a new stipulation with an objection deadline that complies with the current trial setting, or a stipulation that proposes moving both the objection deadline and the trial date.

IT IS THEREFORE ORDERED that the stipulation to extend the objection deadline **(ECF No. 53) is DENIED without prejudice**.

DATED this 11th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE