# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00008-APG-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 57) |
| ROOSEVELT JONES, | |
| Defendant. | |

Pending before the Court is Defendant's counsel's motion to withdraw as attorney. Docket No. 57. The Court hereby sets the motion for hearing on August 15, 2018, at 1:00 p.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: August 2, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE