MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Attorney for Defendant
ROOSEVELT JONES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:18-CR-00008-APG-NJK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE OBJECTION DEADLINE |
| ) | |
| ROOSEVELT JONES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between ROOSEVELT JONES, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and the United States of America, BRANDON JAROCH, Assistant United States Attorney, that the objections that are due on August 30, 2018 be vacated and continued for two (2) weeks or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Counsel has spoken to Assistant United States Attorney Brandon Jaroch and he has no opposition to the continuance.

3. Counsel for Defendant was recently appointed and needs additional time to meet with his client and go over the Report and Recommendation.

-1-

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

DATED this 28th day of August, 2018.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| MICHAEL J. MICELI, ESQ. | BRANDON JAROCH, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEYS |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| ROOSEVELT JONES | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,           )        2:18-CR-00008-APG-NJK
                                    )
          Plaintiff,                )
                                    )
v.                                  )
                                    )
ROOSEVELT JONES,                    )
                                    )
          Defendant.                )
_____)

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Counsel has spoken to Assistant United States Attorney Brandon Jaroch and he has no opposition to the continuance.

3. Counsel for Defendant was recently appointed and needs additional time to meet with his client and go over the Report and Recommendation.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

## **ORDER**

**IT IS ORDERED** that the Objections to the Report and Recommendations that are due on August 30, 2018 be vacated and continued to be due on the 14th day of September, 2018.

Dated: August 29, 2018.

_____
UNITED STATES DISTRICT JUDGE