# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT JONES,<br><br>Defendant. | Case No. 2:18-cr-008-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATOIN ON MOTION TO SUPPRESS**<br><br>(ECF Nos. 27, 40) |

Defendant Roosevelt Jones filed a motion to suppress both the firearm found on him when he was arrested and the statements he made to law enforcement officers. ECF No. 27. Magistrate Judge Koppe entered her Report and Recommendation recommending that the motion to suppress be denied. ECF No. 40. Mr. Jones filed an Objection (ECF No. 63) and the Government filed a Response (ECF No. 65). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report and Recommendation **(ECF No. 40) is accepted**. Mr. Jones's motion to suppress **(ECF No. 27) is denied.**

DATED this 30th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE