# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT JONES,<br><br>Defendant. | Case No. 2:18-cr-008-APG-NJK<br><br>**ORDER DENYING MOTION TO AMEND THE MAGISTRATE JUDGE'S DETENTION ORDER**<br><br>(ECF Nos. 69) |

Defendant Roosevelt Jones moved for me to review and amend Magistrate Judge Leen's Order of Detention. ECF No. 69. I previously affirmed Judge Leen's Order of Detention. *See* ECF No. 23. Jones incorrectly asserts in his new motion that a "second detention hearing was held on October 10, 2018. . . ." ECF No. 69 at 4. Rather, on that date, Magistrate Judge Leen denied Jones's motion to reopen the detention hearing. ECF No. 68. Therefore, as the Government points out (ECF No. 70), there is no need for me to review the earlier detention order. I have reviewed Magistrate Judge Leen's order denying Jones's request to reopen the detention hearing. I agree with her analysis, I find it is not clearly erroneous or contrary to law, and I adopt her order as my own.

Even if I consider Jones's motion *de novo* and make my own independent determination with no deference to Magistrate Judge Leen's order, I still agree with her decision. *United States v. Koenig*, 912 F.2d 1190, 1193 (9th Cir.1990). My prior order (ECF No. 23) affirming the detention order sets forth the relevant law and factors to consider, which I will not repeat here. Having again considered those factors and all the evidence presented (including the allegedly new evidence offered by Jones in his current motion), I remain convinced that the prior orders regarding detention (both mine and Magistrate Judge Leen's) are correct and I reconfirm them.

There are no conditions or combination of conditions that could be fashioned that would reasonably protect the community against the risk of danger posed by Jones.

IT IS THEREFORE ORDERED that Jones's motion to amend the detention order **(ECF No. 69) is DENIED**.

DATED this 30th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE