UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0008-APG-NJK |
| Plaintiff-Appellee, | |
| v. | ORDER APPOINTING APPELLATE COUNSEL |
| ROOSEVELT JONES, | |
| Defendant-Appellant. | |

Pursuant to the order filed April 23, 2019 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant,

IT IS HEREBY ORDERED THAT Mark D. Eibert, Esq. is appointed to represent ROOSEVELT JONES for this appeal.

Mr. Eibert's address is P.O. Box 1126, Half Moon Bay, California 94019-1126 and phone number is 650-712-8380.

Former counsel, Michael J. Miceli, is directed to forward the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 25th day of April 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE