**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00008-APG-NJK |
| Plaintiff | **Order Sealing Exhibits** |
| v. | [ECF No. 133] |
| ROOSEVELT JONES, | |
| Defendant | |

Defendant Roosevelt Jones filed a motion for compassionate release, to which he attached exhibits that contain personal information, including his date of birth and medical information.

I THEREFORE ORDER the clerk of court to seal pages 10 and 11 of ECF No. 133.

DATED this 4th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE